United States District Court
Southern District of Texas
**ENTERED**
October 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID MCGREGOR, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-01782 |
| | § | |
| FAY SERVICING, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
## HELD ON October 6, 2022 at 9:00 AM

Appearances:          Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | October 21, 2022 |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | February 10, 2023 |
| Report furnished by: | February 10, 2023 |
| Defendant's experts to be designated by: | March 1, 2023 |
| Report furnished by: | March 1, 2023 |
| Discovery to be completed by: | June 30, 2023 |
| Dispositive motions due by: | July 20, 2023 |
| Docket call to be held at 11:30 AM on: | October 2, 2023 |
| Estimated trial time: 2-3 days | Jury Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention.  The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on October 6, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge