United States District Court
Southern District of Texas
**ENTERED**
December 10, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID MCGREGOR, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-01782 |
| § | |
| FAY SERVICING, LLC, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ON PLAINTIFFS' APPLICATION FOR INJUNCTIVE RELIEF

Came to be heard the plaintiffs' application for temporary restraining order and preliminary injunction (Dkt. No. 11). Having reviewed the file, the application and response, and having heard the arguments of the parties, the Court is of the opinion that the application is not well founded. It is therefore,

ORDERED, ADJUDGED AND DECREED that the plaintiffs' application for injunctive relief is DENIED.

It is so ORDERED.

SIGNED on December 9, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge