UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID AND FLOMARA MCGREGOR §<br>    Plaintiffs §<br> §<br>Vs. §<br> §<br>FAY SERVICING, LLC, RESCONN §<br>CAPITAL MANAGEMENT, LLC §<br>& DAVID E. BROWN §<br>    Defendants. § | | CASE NO. 4:22-cv-01782 |

### DEFENDANTS' JOINDER AND ADOPTION OF FAY SERVICING, LLC'S PRETRIAL ORDER

Defendants, RESCONN Capital Management, LLC and David E. Brown hereby join in and adopt by reference Defendant, Fay Servicing, LLC's Pretrial Order, previously filed with the Court as Document 22 and ask the Court to deny Plaintiffs' claims and to grant Defendants, RESCONN Capital Management, LLC and David E. Brown such other and further relief, in law or in equity, to which they may show themselves justly entitled.

Respectfully submitted,

CAIN | KING

*/s/ Lee Keller King*
    Melina B. Cain, Attorney in Charge
    Southern District No. 24959
    State Bar No. 00797873
    melina@houstonlegal.services
    Lee Keller King
    Southern District No. 18847

State Bar No.: 00792016
lee@houstonlegal.services
416 Westheimer
Houston, Texas 77006
(713) 623-8200 (Phone)
(713) 623-8400 (Facsimile)
***Attorneys for Defendants,
RESCONN Capital Management, LLC
& David Brown***

### CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing on all parties as provided Rule 5(b) of the Federal Rules of Civil Procedure, as shown below, October 1, 2023, as shown below:

Plaintiffs, *pro se,* David and Flomara McGregor, via the Court's CM/ECF system and/or email to flom22@yahoo.com and earlmc22003@yahoo.com.

Robert T. Mowrey, attorney for Fay Servicing, LLC via the Court's CM/ECF system to rmowrey@lockelord.com.

**/s/ Lee Keller King**
