United States District Court
Southern District of Texas
**ENTERED**
October 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID MCGREGOR, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-01782 |
| | § | |
| FAY SERVICING, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE**
**HELD ON September 28, 2023 at 8:30 AM**

Appearances:   David McGregor (*pro se*)
Flomara McGregor (*pro se*)
Aditi Deal
(Court Reporter: G. Dye)

The following rulings were made:

Pursuant to phone conference, the Court enters an order addressing the issues raised.

It is so ORDERED.

SIGNED on September 28, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge